AO 10
Rev. 1/2011

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2010

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Nickerson, William M. | Maryland | 05/11/2011 |

| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge, Senior St | ☐ Nomination, Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☐ Amended Report | 01/01/2010<br>to<br>12/31/2010 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 101 W. Lombard Street<br>Baltimore MD 21201 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 12/6/93 | State of Md. Judicial Pension Plan; |
| 2. | |
| 3. | |

**Nickerson, William M.**

| Name of Person Reporting | Date of Report |
|---|---|
| Nickerson, William M. | 05/11/2011 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | monthly | State of Md. Judicial Pension Plan | $29,727.36 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nickerson, William M. | 05/11/2011 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nickerson, William M. | 05/11/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. Bristol Myers Squibb cmn | B | Dividend | K | T | | | | | |
| 2. Chevron Texaco Corp. formerly Chevron Corp. cmn | B | Dividend | L | T | | | | | |
| 3. Coca Cola Co. cmn | B | Dividend | L | T | | | | | |
| 4. Colgate Palmolive Co. cmn | B | Dividend | M | T | | | | | |
| 5. Diamond Offshore Drilling Co. cmn | A | Dividend | K | T | | | | | |
| 6. DuPont, E. I. cmn | A | Dividend | J | T | | | | | |
| 7. Equifax Inc. cmn | A | Dividend | K | T | | | | | |
| 8. General Electric Co. cmn | B | Dividend | K | T | | | | | |
| 9. General Mills Inc. cmn | B | Dividend | L | T | | | | | |
| 10. Johnson & Johnson cmn | C | Dividend | L | T | | | | | |
| 11. Merck & Co., Inc. cmn | A | Dividend | K | T | | | | | |
| 12. Pitney Bowes, Inc. cmn | A | Dividend | J | T | | | | | |
| 13. Procter & Gamble Co. cmn | A | Dividend | J | T | | | | | |
| 14. Mutual Shares Fund | A | Dividend | J | T | | | | | |
| 15. Constellation Energy cmn | A | Dividend | J | T | | | | | |
| 16. Cheesecake Factory Inc. cmn | | None | K | T | | | | | |
| 17. Jones Grp cmn (Formerly Jones Apparel) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nickerson, William M. | 05/11/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. T.R.P. Md. Tax Free Bond | C | Dividend | L | T | | | | | |
| 19. T.R.P. Tax Exempt M/M | A | Dividend | M | T | | | | | |
| 20. J P Morgan - Trust | A | Distribution | P1 | T | | | | | |
| 21. - J P Morgan US DollarPrincipal (Form Deposit Sweep Inst'l. | | | | | | | | | |
| 22. - JP Morgan Short Term Mun. Bd. Fd. | | | | | Buy | 11/23/09 | N | | |
| 23. - Verizon Communications | | | | | | | | | |
| 24. - Chevron Corp. | | | | | Sold (part) | 11/25/09 | L | | |
| 25. - Dow Chemical | | | | | | | | | |
| 26. - Gen Elect Co | | | | | | | | | |
| 27. - Exxon Mobil Corp | | | | | Sold (part) | 11/25/09 | K | | |
| 28. - J P Morgan Core Bond Sel Fid Fund | | | | | | | | | |
| 29. - Altria Group, Inc. | | | | | Buy (add'l) | 11/25/09 | K | | |
| 30. - American Electric Power Co, Inc. | | | | | | | | | |
| 31. - Bank of America Corp ( Formerly New) | | | | | | | | | |
| 32. - Boeing Co. | | | | | Buy | 11/25/09 | K | | |
| 33. - Bristol Meyers Squibb Co | | | | | | | | | |
| 34. - Consolidated Edison, Inc. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nickerson, William M. | 05/11/2011 |

## VII. INVESTMENTS and TRUSTS _– income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. - Dominion Resources Inc VA | | | | | | | | | |
| 36. - Scana Corp | | | | | Sold | 11/25/09 | K | | |
| 37. - Home Depot, Inc. | | | | | Buy | 11/25/09 | K | | |
| 38. - McDonalds Corp. | | | | | Buy | 11/25/09 | K | | |
| 39. - Morgan Stanley 4.25% 5/15/10 | | | | | Redeemed | 11/27/09 | K | | |
| 40. - Donnelley RR & Sons Co. | | | | | Sold | 11/25/09 | K | | |
| 41. - Duke Energy ( Formerly Hldg.) Corp. | | | | | | | | | |
| 42. - Travelers Cos. Inc. | | | | | | | | | |
| 43. - Whirlpool Corp. | | | | | | | | | |
| 44. - Kraft Foods, Inc. | | | | | | | | | |
| 45. - Spectra Energy Corp. | | | | | | | | | |
| 46. - Pfizer Inc. | | | | | Buy | 11/25/09 | K | | |
| 47. - Philip Morris Int'l., Inc. (X) | | | | | | | | | |
| 48. - Kellogg Co. | | | | | | | | | |
| 49. - JP Morgan Mun. Bd. Fd. | | | | | Sold | 11/23/09 | N | | |
| 50. - Coca-Cola Co. | | | | | | | | | |
| 51. - Sysco Corp. | | | | | | | | | |

1. Income Gain Codes:          A =$1,000 or less          B =$1,001 - $2,500          C =$2,501 - $5,000          D =$5,001 - $15,000          E =$15,001 - $50,000
   (See Columns B1 and D4)     F =$50,001 - $100,000     G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000     H2 =More than $5,000,000
2. Value Codes                 J =$15,000 or less        K =$15,001 - $50,000        L =$50,001 - $100,000           M =$100,001 - $250,000
   (See Columns C1 and D3)      N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000     P2 =$5,000,001 - $25,000,000
                                P3 =$25,000,001 - $50,000,000                          P4 =More than $50,000,000
3. Value Method Codes          Q =Appraisal              R =Cost (Real Estate Only)  S =Assessment                   T =Cash Market
   (See Column C2)              U =Book Value             V =Other                    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Nickerson, William M. | 05/11/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.  - Yum Brands Inc. | | | | | Buy | 11/25/09 | K | | |
| 53.  Exxon Mobil Corp cmn | A | Dividend | K | T | | | | | |
| 54.  Intel Corp cmn | A | Dividend | J | T | | | | | |
| 55.  PNC Finl. Svs. Grp. cmn | A | Dividend | K | T | | | | | |
| 56.  Microsoft Corp cmn | A | Dividend | J | T | | | | | |
| 57.  T. Rowe Price Inc. cmn | A | Dividend | L | T | | | | | |
| 58.  Zebra Tech cmn | | None | K | T | | | | | |
| 59.  Wal-Mart Stores cmn | A | Dividend | J | T | | | | | |
| 60.  Fidelity Natl. Info. Svcs. Inc. cmn | A | Dividend | J | T | | | | | |
| 61.  Zimmer Hldgs. Inc. cmn | | None | J | T | | | | | |
| 62.  Smucker J M Co cmn | A | Dividend | J | T | | | | | |
| 63.  Medcohealth Solutions, Inc. cmn | | None | J | T | | | | | |
| 64.  Massachusetts Mutual Ins. Co. - whole life policy | C | Dividend | L | T | | | | | |
| 65.  Ameriprise Trust Co. ACF W. M. Nickerson IRA | | | | | | | | | |
| 66.  - Columbia Acorn Fd. - A | | | L | T | | | | | |
| 67.  - Columbia (Formerly Riversource)Diversified Bd. Fd. Cl A | A | Dividend | J | T | | | | | |
| 68.  -(Columbia ( Formerly Riversource) High Yield Bd. Fd. Cl A | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nickerson, William M. | 05/11/2011 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 69. - I Shares MSCI Emerging Mkts. | A | Dividend | K | T | | | | | |
| 70. - I Shares Russell 1000 Value | A | Dividend | K | T | | | | | |
| 71. - I Shares Russell 1000 Growth | A | Dividend | L | T | | | | | |
| 72. - I Shares S&P Europe 350 Index | A | Dividend | K | T | | | | | |
| 73. - I Shares S&P Midcap400 Barra Growth Index Fd. | A | Dividend | K | T | | | | | |
| 74. - I Shares S&P Midcap 400 Barra-Value Index Fd. | A | Dividend | K | T | | | | | |
| 75. - I Shares S&P Smallcap 600 Index Fd. | A | Dividend | L | T | | | | | |
| 76. - Morgan Stanley Capital Trust V | A | Dividend | K | T | | | | | |
| 77. - Fidelity Advisor New Insights - T Fd. | | None | K | T | | | | | |
| 78. - Columbia (Formerly RVS) Diverse Equity Inc. - A | A | Dividend | | | Sold | 12/11/09 | K | | |
| 79. - MFS Intl. Diverse - A | A | Dividend | K | T | | | | | |
| 80. - Fidelity Advisor Mid Cap II - A | | None | K | T | | | | | |
| 81. Columbia Mult Adv( FormerlyRiversource) Intl Sel Val-A Fund | A | Dividend | K | T | | | | | |
| 82. Columbia Mid Cap Value -A Fund | A | Dividend | K | T | | | | | |
| 83. Columbia Small Cap Value A Fund | A | Dividend | K | T | | | | | |
| 84. Columbia Recovery & Infrst A Fd. | A | Dividend | K | T | Buy | 01/27/10 | K | | |
| 85. Fidelity Advisor Mid Cap II-A Fd. | | None | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nickerson, William M. | 05/11/2011 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Fidelity Advisor New Insights A Fd. | | None | K | T | Buy | 01/27/10 | J | | |
| 87. MFS Value - A Fd. | A | Dividend | K | T | Buy | 01/27/10 | K | . | |
| 88. Morgan Stanley Capital Trust V | A | Dividend | J | T | | | | | |
| 89. Oppenheimer Developing Mkts. - A Fd. | A | Dividend | J | T | | | | | |
| 90. Riversource Ret. Adv. Plus Annuity | A | Int./Div. | L | U | | | | | |
| 91. Riversource Ret. Adv. Plus Annuity | A | Int./Div. | L | U | | | | | |
| 92. Investment property, Baltimore, MD | | None | M | R | | | | | |
| 93. Lender Proc. Svcs., Inc. - cmn | A | Dividend | J | T | | | | | |
| 94. Riversource Ret. Adv. 4 Ad. VA Annuity | C | Int./Div. | M | U | | | | | |
| 95. Riversource Ret. Adv. 4 Ad. VA Annuity | A | Int./Div. | L | U | Buy | 12/11/09 | L | | |
| 96. Riversource Rec. & Infra. A Fd. | A | Dividend | J | T | | | | | |
| 97. Franklin MD Tax Free Inc. - A | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

| AO 10<br>Rev. 1/2011 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2010 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Nickerson, William M. | Maryland | 05/11/2011 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge, Senior St | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☑ Annual    ☐ Final<br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2010<br>to<br>12/31/2010 |

| 7. Chambers or Office Address<br><br>101 W. Lombard Street<br>Baltimore MD 21201 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 12/6/93 | State of Md. Judicial Pension Plan; |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nickerson, William M. | 05/11/2011 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. monthly | State of Md. Judicial Pension Plan | $29,727.36 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nickerson, William M. | 05/11/2011 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✓] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bristol Myers Squibb cmn | B | Dividend | K | T | | | | | |
| 2. Chevron Texaco Corp. formerly Chevron Corp. cmn | B | Dividend | L | T | | | | | |
| 3. Coca Cola Co. cmn | B | Dividend | L | T | | | | | |
| 4. Colgate Palmolive Co. cmn | B | Dividend | M | T | | | | | |
| 5. Diamond Offshore Drilling Co. cmn | A | Dividend | K | T | | | | | |
| 6. DuPont, E. I. cmn | A | Dividend | J | T | | | | | |
| 7. Equifax Inc. cmn | A | Dividend | K | T | | | | | |
| 8. General Electric Co. cmn | B | Dividend | K | T | | | | | |
| 9. General Mills Inc. cmn | B | Dividend | L | T | | | | | |
| 10. Johnson & Johnson cmn | C | Dividend | L | T | | | | | |
| 11. Merck & Co., Inc. cmn | A | Dividend | K | T | | | | | |
| 12. Pitney Bowes, Inc. cmn | A | Dividend | J | T | | | | | |
| 13. Procter & Gamble Co. cmn | A | Dividend | J | T | | | | | |
| 14. Mutual Shares Fund | A | Dividend | J | T | | | | | |
| 15. Constellation Energy cmn | A | Dividend | J | T | | | | | |
| 16. Cheesecake Factory Inc. cmn | | None | K | T | | | | | |
| 17. Jones Grp cmn (Formerly Jones Apparel) | A | Dividend | J | T | | | | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
   (See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
   (See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
    P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
   (See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Nickerson, William M. | 05/11/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. T.R.P. Md. Tax Free Bond | C | Dividend | L | T | | | | | |
| 19. T.R.P. Tax Exempt M/M | A | Dividend | M | T | | | | | |
| 20. J P Morgan - Trust | A | Distribution | P1 | T | | | | | |
| 21. - J P Morgan US DollarPrincipal (Form Deposit Sweep Inst'l. | | | | | | | | | |
| 22. - JP Morgan Short Term Mun. Bd. Fd. | | | | | Buy | 11/23/09 | N | | |
| 23. - Verizon Communications | | | | | | | | | |
| 24. - Chevron Corp. | | | | | Sold (part) | 11/25/09 | L | | |
| 25. - Dow Chemical | | | | | | | | | |
| 26. - Gen Elect Co | | | | | | | | | |
| 27. - Exxon Mobil Corp | | | | | Sold (part) | 11/25/09 | K | | |
| 28. - J P Morgan Core Bond Sel Fid Fund | | | | | | | | | |
| 29. - Altria Group, Inc. | | | | | Buy (add'l) | 11/25/09 | K | | |
| 30. - American Electric Power Co, Inc. | | | | | | | | | |
| 31. - Bank of America Corp ( Formerly New) | | | | | | | | | |
| 32. - Boeing Co. | | | | | Buy | 11/25/09 | K | | |
| 33. - Bristol Meyers Squibb Co | | | | | | | | | |
| 34. - Consolidated Edison, Inc. | | | | | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nickerson, William M. | 05/11/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.   - Dominion Resources Inc VA | | | | | | | | | |
| 36.   - Scana Corp | | | | | Sold | 11/25/09 | K | | |
| 37.   - Home Depot, Inc. | | | | | Buy | 11/25/09 | K | | |
| 38.   - McDonalds Corp. | | | | | Buy | 11/25/09 | K | | |
| 39.   - Morgan Stanley 4.25% 5/15/10 | | | | | Redeemed | 11/27/09 | K | | |
| 40.   - Donnelley RR & Sons Co. | | | | | Sold | 11/25/09 | K | | |
| 41.   - Duke Energy ( Formerly Hldg.) Corp. | | | | | | | | | |
| 42.   - Travelers Cos. Inc. | | | | | | | | | |
| 43.   - Whirlpool Corp. | | | | | | | | | |
| 44.   - Kraft Foods, Inc. | | | | | | | | | |
| 45.   - Spectra Energy Corp. | | | | | | | | | |
| 46.   - Pfizer Inc. | | | | | Buy | 11/25/09 | K | | |
| 47.   - Philip Morris Int'l., Inc. (X) | | | | | | | | | |
| 48.   - Kellogg Co. | | | | | | | | | |
| 49.   - JP Morgan Mun. Bd. Fd. | | | | | Sold | 11/23/09 | N | | |
| 50.   - Coca-Cola Co. | | | | | | | | | |
| 51.   - Sysco Corp. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nickerson, William M. | 05/11/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. - Yum Brands Inc. | | | | | Buy | 11/25/09 | K | | |
| 53. Exxon Mobil Corp cmn | A | Dividend | K | T | | | | | |
| 54. Intel Corp cmn | A | Dividend | J | T | | | | | |
| 55. PNC Finl. Svs. Grp. cmn | A | Dividend | K | T | | | | | |
| 56. Microsoft Corp cmn | A | Dividend | J | T | | | | | |
| 57. T. Rowe Price Inc. cmn | A | Dividend | L | T | | | | | |
| 58. Zebra Tech cmn | | None | K | T | | | | | |
| 59. Wal-Mart Stores cmn | A | Dividend | J | T | | | | | |
| 60. Fidelity Natl. Info. Svcs. Inc. cmn | A | Dividend | J | T | | | | | |
| 61. Zimmer Hldgs. Inc. cmn | | None | J | T | | | | | |
| 62. Smucker J M Co cmn | A | Dividend | J | T | | | | | |
| 63. Medcohealth Solutions, Inc. cmn | | None | J | T | | | | | |
| 64. Massachusetts Mutual Ins. Co. - whole life policy | C | Dividend | L | T | | | | | |
| 65. Ameriprise Trust Co. ACF W. M. Nickerson IRA | | | | | | | | | |
| 66. - Columbia Acorn Fd. - A | | | L | T | | | | | |
| 67. - Columbia (Formerly Riversource)Diversified Bd. Fd. Cl A | A | Dividend | J | T | | | | | |
| 68. -(Columbia ( Formerly Riversource) High Yield Bd. Fd. Cl A | A | Dividend | K | T | | | | | |

1. Income Gain Codes:          A =$1,000 or less          B =$1,001 - $2,500          C =$2,501 - $5,000          D =$5,001 - $15,000          E =$15,001 - $50,000
   (See Columns B1 and D4)     F =$50,001 - $100,000      G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2. Value Codes                 J =$15,000 or less         K =$15,001 - $50,000       L =$50,001 - $100,000      M =$100,001 - $250,000
   (See Columns C1 and D3)      N =$250,001 - $500,000     O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
                               P3 =$25,000,001 - $50,000,000                          P4 =More than $50,000,000
3. Value Method Codes          Q =Appraisal               R =Cost (Real Estate Only)  S =Assessment              T =Cash Market
   (See Column C2)              U =Book Value              V =Other                   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Nickerson, William M. | 05/11/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 69. - I Shares MSCI Emerging Mkts. | A | Dividend | K | T | | | | | |
| 70. - I Shares Russell 1000 Value | A | Dividend | K | T | | | | | |
| 71. - I Shares Russell 1000 Growth | A | Dividend | L | T | | | | | |
| 72. - I Shares S&P Europe 350 Index | A | Dividend | K | T | | | | | |
| 73. - I Shares S&P Midcap400 Barra Growth Index Fd. | A | Dividend | K | T | | | | | |
| 74. - I Shares S&P Midcap 400 Barra-Value Index Fd. | A | Dividend | K | T | | | | | |
| 75. - I Shares S&P Smallcap 600 Index Fd. | A | Dividend | L | T | | | | | |
| 76. - Morgan Stanley Capital Trust V | A | Dividend | K | T | | | | | |
| 77. - Fidelity Advisor New Insights - T Fd. | | None | K | T | | | | | |
| 78. - Columbia (Formerly RVS) Diverse Equity Inc. - A | A | Dividend | | | | | | | |
| 79. - MFS Intl. Diverse - A | A | Dividend | K | T | | | | | |
| 80. - Fidelity Advisor Mid Cap II - A | | None | K | T | | | | | |
| 81. Columbia Mult Adv( FormerlyRiversource) Intl Sel Val-A Fund | A | Dividend | K | T | | | | | |
| 82. Columbia Mid Cap Value -A Fund | A | Dividend | K | T | | | | | |
| 83. Columbia Small Cap Value A Fund | A | Dividend | K | T | | | | | |
| 84. Columbia Recovery & Infrst A Fd. | A | Dividend | K | T | Buy | 01/27/10 | K | | |
| 85. Fidelity Advisor Mid Cap II-A Fd. | | None | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nickerson, William M. | 05/11/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 86. Fidelity Advisor New Insights A Fd. | | None | K | T | Buy | 01/27/10 | J | | |
| 87. MFS Value - A Fd. | A | Dividend | K | T | Buy | 01/27/10 | K | | |
| 88. Morgan Stanley Capital Trust V | A | Dividend | J | T | | | | | |
| 89. Oppenheimer Developing Mkts. - A Fd. | A | Dividend | J | T | | | | | |
| 90. Riversource Ret. Adv. Plus Annuity | A | Int./Div. | L | U | | | | | |
| 91. Riversource Ret. Adv. Plus Annuity | A | Int./Div. | L | U | | | | | |
| 92. Investment property, Baltimore, MD | | None | M | R | | | | | |
| 93. Lender Proc. Svcs., Inc. - cmn | A | Dividend | J | T | | | | | |
| 94. Riversource Ret. Adv. 4 Ad. VA Annuity | C | Int./Div. | M | U | | | | | |
| 95. Riversource Ret. Adv. 4 Ad. VA Annuity | A | Int./Div. | L | U | Buy | 12/11/09 | L | | |
| 96. Riversource Rec. & Infra. A Fd. | A | Dividend | J | T | | | | | |
| 97. Franklin MD Tax Free Inc. - A | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII The JP Morgan Trust (line 20) provided me with a single annual report for the period 08/01/2009 to 06/30/2010. The trust assets noted at lines 22, 24, 27, 29, 32 ,36 ,37, 38, 39, 40, 46, 49 and 52 report transactions during the trust reporting period which predate the period of this report.

Part VII, line 78 Columbia (Formerly RVS) Diverse Equity Inc. - A, an asset listed at line 93 on last year's annual report, was inadvertently reported as sold on 12/11/09 in that report. In actuality, only the name was changed.

Part VII, line 95, a Riversource Ret. Adv. 4 Ad. VA Annuity, purchased on 12/11/09 was inadvertently omitted on last year's annual report.

Part VII, line 92, As reported for 2008 and 2009, this property was purchased on 11/07/2007 for $110,000.00

| Name of Person Reporting | Date of Report |
|---|---|
| Nickerson, William M. | 05/11/2011 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **William M. Nickerson**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544